

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-6-2006

# In re: CitX Corp Inc

Precedential or Non-Precedential: Precedential

Docket No. 05-2760

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"In re: CitX Corp Inc " (2006). *2006 Decisions.* Paper 802.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/802

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 05-2760

_____

In Re: CITX CORPORATION, INC.,
                                        Debtor

GARY SEITZ, Chapter 7 Trustee
    for CitX Corporation, Inc.,
                                        Appellant

v.

DETWEILER, HERSHEY AND ASSOCIATES, P.C.;
ROBERT SCHOEN, C.P.A.

_____

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 03-cv-06766)
District Judge: Honorable James T. Giles

_____

Argued April 27, 2006

Before: AMBRO and FUENTES, <u>Circuit Judges</u>,
    and IRENAS,* <u>District Judge</u>

(Opinion filed:  May 26, 2006)

**ORDER  AMENDING  PUBLISHED  OPINION**

AMBRO, *Circuit Judge*

        IT IS NOW ORDERED that the published Opinion in the above case filed

_____

        *Honorable Joseph E. Irenas, Senior District Judge for the District of New Jersey,
sitting by designation.

May 26, 2006, be amended as follows:

On page 10, bottom paragraph, first line, replace "on this claim" with "on his malpractice claim".

On page 10, note 7, line three, replace the words "duty element" with "duty-owed element".

On page 12, full paragraph, line four, replace "one million dollars" with "$1,000,000".

On page 12, full paragraph, lines five and six, replace the sentence, "Rather, it lessened CitX's insolvency." with "It did the opposite."

On page 12, full paragraph, line eleven, replace the sentence, "This hardly deepened insolvency." with "Insolvency decreased rather than deepened."; and insert the word "later" after the word "Any".

On page 12, third paragraph, line four, replace the word "backward" with the words "through hindsight bias".

On page 13, lines four and five from the top of the page, replace "Put another way" with "In any event".

On page 20, second paragraph, line nine, replace the word "holding" with the words "interpreting *Lafferty* to hold".

By the Court,


/s/ Thomas L. Ambro, Circuit Judge


Dated: June 6, 2006

2